IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM RUSSELL SHAVER,    )
                           )
        Plaintiff,         )
                           )
v.                         )    Civil Action No.: 1:07CV00175
                           )
COOLEEMEE VOLUNTEER FIRE   )
DEPARTMENT,                )
                           )
        Defendant.         )

ORDER

SCHROEDER, District Judge.

Plaintiff is ordered to respond to the following questions raised in connection with his response to Defendant's Motion to Dismiss:

1. Did Plaintiff ever file a written, verified charge with the Equal Employment Opportunity Commission ("EEOC") with respect to Plaintiff's Title VII claims pleaded in his Complaint?

2. If so: (a) when did Plaintiff do so, and (b) did the EEOC issue a right-to-sue letter?

Plaintiff's response to these questions shall be filed by close of business March 24, 2008.

So ORDERED.

/s/ Thomas D. Schroeder
United States District Judge

Date: March 12, 2008